UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPOWER OVERSIGHT WHISTLEBLOWERS & RESEARCH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 24-2950 (JMC) |

**JOINT STATUS REPORT**

Plaintiff, Empower Oversight Whistleblowers & Research, and Defendant, the United States Department of Justice ("Department"), respectfully file this joint status report apprising the Court of the progress in this action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Plaintiff brings this action seeking records from the Executive Office for United States Attorneys ("EOUSA") regarding Plaintiff's client, Joseph Ziegler, and seeking records from the Office of Information Policy ("OIP") regarding Plaintiff's client, Gary Shapley. *See generally* Compl. Pursuant to the Court's January 14, 2025 Minute Order, the parties report the following:

1. **Executive Office for United States Attorneys ("EOUSA"):** The United States Attorney's Office for the District of Delaware ("USAO-DE") and EOUSA's search for potentially responsive records to Plaintiff's FOIA request is presently ongoing. Upon completion of these searches, EOUSA will review the results for responsiveness and intends to further communicate with Plaintiff regarding potential scoping and/or narrowing agreements, as applicable.

2. **Office of Information Policy ("OIP"):** As previously reported, there are four pending FOIA requests submitted to OIP at issue in this litigation:

- September 7, 2023 request, FOIA-2023-02499: OIP's search for potentially responsive records remains pending. Upon completion of this search, OIP will begin reviewing the results for responsiveness, and intends to further communicate with Plaintiff regarding potential scoping and/or narrowing agreements, as applicable.

- September 25, 2023 request, FOIA-2023-02700: OIP's search for potentially responsive records remains pending. Upon completion of this search, OIP will begin reviewing the results for responsiveness, and intends to further communicate with Plaintiff regarding potential scoping and/or narrowing agreements, as applicable.

- September 26, 2023 request, FOIA-2023-02697: OIP has received the results of its initial keyword searches, and has completed reviewing the universe of potentially responsive records for responsiveness to Plaintiff's FOIA request. OIP has further completed an initial processing of the aforementioned potentially responsive records, and has sent all potentially responsive records out for consultation with DOJ components having equities in those records. OIP intends to issue responses on a rolling basis, as the consultation process is completed. Additionally, OIP routed FOIA-2023-02697 to EOUSA for further handling of Plaintiff's FOIA request.

- June 5, 2024 request, FOIA-2024-02180: OIP's search for potentially responsive records remains pending. Upon completion of this search, OIP will begin

reviewing the results for responsiveness, and intends to further communicate with Plaintiff regarding potential scoping and/or narrowing agreements, as applicable.

3. Given the limited information available at this time, it is impractical to propose a schedule for further proceedings in this matter. Thus, the parties respectfully request that the Court defer entering a briefing schedule, and instead order the parties to file another Joint Status Report on or before July 9, 2025, updating the Court of EOUSA and OIP's progress in response to Plaintiff's FOIA request. Should either party believe judicial intervention is warranted sooner, they will promptly notify the Court.

Dated: April 10, 2025

Respectfully Submitted,

/s/ John Monaghan
BENJAMIN P. SISNEY
(D.C. Bar. No. 1044721)
JOHN A. MONAGHAN
(D.C. Bar. #VA109)
201 Maryland Avenue, N.E
Washington, D.C. 20002
Telephone: (202) 546-8890
Facsimile: (202) 546-9309
Email: bsisney@aclj.org
       jmonaghan@aclj.org
*Counsel for Plaintiff*

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By: /s/ Brenda González Horowitz
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Ph: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*